UNITED STATES of America,
Plaintiff–Appellee,

v.

Albert SERNA, Defendant–Appellant.

No. 00–10577.

D.C. No. CR–00–029–PHX–SMM.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 9, 2002.*

Decided Sept. 16, 2002.

Before PREGERSON, ALARCON, and WARDLAW, Circuit Judges.

MEMORANDUM **

Albert Serna contends that the government breached his plea agreement by failing to recommend a substantial assistance departure under U.S.S.G. § 5K1.1. Serna failed to raise this issue below, however, and therefore waived it. *See United States v. Belden,* 957 F.2d 671, 674–75 (9th Cir.1992); *United States v. Flores–Payon,* 942 F.2d 556, 558 (9th Cir.1991).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.